**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:   TPG (Post Oak) Acquisition, LLC; TPG (Post Oak) Mezzanine, LLC;
                       The Picerne Group, Inc.; TPG, Inc.; Allied Realty Advisors, LLC;
                       Allied Realty Partners, LLC; Allied Orion Group, LLC d/b/a Allied
                       Realty; and ACS Restoration GC, LLC d/b/a Allied Construction
                       Services; TPG2011-4 (Post Oak), LLC v. Greystone Multi-Family
                       Builders, Inc., Greystone (Post Oak), LLC, and Walter B. Eeds

Appellate case number:   01-18-00396-CV

Trial court case number:   2015-25232

Trial court:              334th District Court of Harris County

        On October 15, 2021, Appellees/Cross-Appellants filed a motion for rehearing. The Court requests a response to the motion for rehearing from Appellants/Cross-appellees. The response is due no later than 15 days from the date of this order. *See* TEX. R. APP. P. 49.2.

        It is so ORDERED.


Judge's signature: /s Julie Countiss
                   Acting individually


Date:  October 21, 2021